In the Matter of STEPHEN I. ZWERIN, Petitioner, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. [931 NYS2d 260]—

Contrary to the petitioner's contention, the determination that he violated Vehicle and Traffic Law § 1141 by failing to yield the right of way is supported by substantial evidence (*see Matter of Ridge Rd. Fire Dist. v Schiano*, 16 NY3d 494, 499

[2011]; *Matter of Rosenhauch v Swarts*, 85 AD3d 1187, 1187-1188 [2011]; *Matter of Kobel v State of N.Y. Dept. of Motor Vehs. Appeals Bd.*, 85 AD3d 916, 916-917 [2011]). Mastro, J.P., Angiolillo, Belen and Lott, JJ., concur.